FILED

SEP -1 AM 9:10

U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**VRW**

Trevor John Chaplick - #150258

_____/

**ORDER TO SHOW CAUSE**

It appearing that Trevor John Chaplick has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective July 8, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Trevor John Chaplick
Proskauer Rose South
1001 Pennsylvania Avenue, NW, Suite 4
Washington, DC 20004