**FILED**

NOV 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

No CV-09-80172 MISC VRW

Trevor John Chaplick,

    State Bar No 150258                ORDER

_____/

         On September 1, 2009, the court issued an order to show cause (OSC) why Trevor John Chaplick should not be removed from the roll of attorneys authorized to practice law before this court Based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 8, 2009.  The OSC was mailed to Mr Chaplick's address of record with the State Bar on September 1, 2009.  Mr Chaplick filed no response.

         The California State Bar web site indicates that Mr Chaplick is now on active status as of October 29, 2009, and may practice law in California.

         The OSC is therefore discharged.  The clerk is directed to close the file.

         IT IS SO ORDERED.

                                         VAUGHN R WALKER
                                         United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Trevor John Chaplick,

Case Number: CV-09-80172   VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Trevor John Chaplick
Proskauer Rose South
1001 Pennsylvania Ave. N.W.  Ste 4
Washington, DC 20004


Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*